IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1584-AP**

**JENNIFER STENDER for her minor child H.S.,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

There is no provision in the Social Security statute or the Federal Rules of Civil Procedure for the prosecution of a social security appeal through motions for summary judgment. Accordingly, and pursuant to the procedure set forth in the operative Joint Case Management Plan, Plaintiff's Motion for Summary Judgment is STRICKEN and must be re-filed as an opening brief within 2 business days. The opening brief will be deemed to have been filed on November 20, 2008 in accordance with the Joint Case Management Plan, and the briefing schedule set forth therein is not thereby altered.

Dated: November 21, 2008