**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01584-CMA

JENNIFER STENDER, OBO H.S.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## ORDER GRANTING ATTORNEY'S FEES

---

THIS MATTER is before the Court on Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C § 2412(d)(1)(A) (Doc. # 25) and Defendant's Notice of Intent Not to Object to Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C § 2412 (Doc. # 26).  Having reviewed the Motion, Response, and the case file, it is

ORDERED that Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C § 2412(d)(1)(A) (Doc. # 25) is GRANTED.  Attorney fees in the amount of $5,825.05 and court costs of $350.00 shall be paid to Stephanie Lake, attorney for the Plaintiff, within 30 days.

DATED: October __7__, 2009

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge